Consent must be signed by attorney of record and signed and acknowledged by party. Type name beneath each signature

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION                                          CASE NO.: 18-36702-CGM
----------------------------------------------------------------x
IN RE: MICHAEL MISZKO, JR.,

        Debtor,

**CONSENT TO CHANGE ATTORNEY**

----------------------------------------------------------------x

IT IS HEREBY CONSENTED THAT

    GENOVA & MALIN, be substituted as attorney(s) of record for the undersigned party(ies) in the above entitled action in place and stead of the undersigned attorney(s) as of the date hereof.

Dated: April 23, 2019

    /S/ Ronald R. Tomlins
    RONALD R. TOMLINS, ESQ.

    /S/ Michael Miszko, Jr.
    MICHAEL MISZKO, JR.

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF ULSTER     )

    On the 12th day of April, 2019, before me personally came to me known, and known to me to be the same person(s) described in and who executed the foregoing consent and acknowledged to me that he executed the same.

    /S/ Linda Frustaci
    Notary Public

    Linda Frustaci
    Notary Public State of New York
    Qualified in Orange County
    Reg. No. 4949024
    My Commission Expires March 27, 2023